1  STEPHEN H. TURNER, SB# 89627
     E-Mail: turner@lbbslaw.com
2  BRIAN SLOME, SB# 238134
     E-Mail: bslome@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: (213) 250-1800
5  Facsimile: (213) 250-7900

6  Attorneys for DEFENDANT PENTAGROUP FINANCIAL LLC.

7

8              UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION DIVISION

10

| | |
|---|---|
| JULIE VILLORENTE GRESHEM,<br><br>Plaintiff,<br><br>v.<br><br>PENTAGROUP FINANCIAL, LLC., a Texas limited liability company,<br><br>Defendant. | CASE NO. C08-02271PVT<br><br>ACTION FILED:  05/01/2008<br><br>**DEFENDANT PENTAGROUP FINANCIAL LLC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>[LOCAL RULE 3-16] |

17

18    Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for defendant
19  Pentagroup Financial LLC. ("defendant") certifies that the following listed persons,
20  associations of persons, firms, partnerships, corporations (including parent
21  corporations) or other entities have either: (i) a financial interest in the subject matter
22  in controversy or in a party to the proceeding, or (ii) have a non-financial interest in
23  that subject matter or in a party that could be substantially affected by the outcome of
24  this proceeding:
25  ///
26  ///
27  ///
28  ///

| PERSON / ENTITY | AFFILIATION |
|---|---|
| Julie Villorente Greshem | Plaintiff |
| Pentagroup Financial LLC | Defendant |

DATED: May 29, 2008

STEPHEN H. TURNER
BRIAN SLOME
LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Stephen H. Turner
Brian Slome
Attorneys for DEFENDANT PENTAGROUP FINANCIAL LLC.

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

## CERTIFICATE OF MAILING

I certify that on the 29th day of May 2008, I electronically transmitted **DEFEENDANT PENTAGROUP LLC'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Fred W. Schwimn
Consumer Law Center, Inc.
12 South First Street, Ste. 416
San Jose, California 95113-2404

By: /s/ Brian Slome

4846-7420-7490.1