STEPHEN H. TURNER, SB# 89627
E-Mail: turner@lbbslaw.com
BRIAN SLOME, SB# 238134
E-Mail: bslome@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for DEFENDANT PENTAGROUP FINANCIAL LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JULIE VILLORENTE GRESHEM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PENTAGROUP FINANCIAL, LLC., a Texas limited liability company,<br><br>　　　　Defendant. | CASE NO. C08-02271PVT<br><br>ACTION FILED:　　05/01/2008<br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED RULES CIV. PROC R. 41(A)(1)**<br><br>[PROPOSED ORDER FILED CONCURRENTLY HEREWITH] |

   Plaintiff JULIE VILLORENTE GRESHEM ("Plaintiff"), and DEFENDANT, PENTAGROUP FINANCIAL, LLC, ("Defendant"), by and through their counsel of record hereby enter into this Stipulation of Dismissal With Prejudice with reference to the following recitals:

## RECITALS

   A.   On May 1, 2008 Plaintiff filed the instant lawsuit against Defendant.

   B.   Plaintiff and Defendant have now entered into a settlement agreement pursuant to which, among other things, the parties have agreed to dismiss this action with prejudice.

   Based on the foregoing, Plaintiff and Defendant stipulate and agree as follows:
///

4814-1577-2930.1
-1-
STIPULATED DISMISSAL WITH PREJUDICE

## STIPULATION

1. The operative complaint against Defendant PENTAGROUP FINANCIAL, LLC in the above-captioned action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2. Each party shall bear his or its (as the case may be) own fees and costs incurred in this adversary proceeding.

CONSUMER LAW CENTER INC.

Dated: 7-8-08

_____
Fred W. Schwinn,
Attorneys for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated: 7-9-08

_____
Stephen H. Turner
Brian Slome
Attorneys for Defendant

4814-1577-2930.1

-2-
STIPULATED DISMISSAL WITH PREJUDICE

1  STEPHEN H. TURNER, SB# 89627
     E-Mail: turner@lbbslaw.com
2  BRIAN SLOME, SB# 238134
     E-Mail: bslome@lbbslaw.com
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: (213) 250-1800
5  Facsimile: (213) 250-7900

6  Attorneys for DEFENDANT PENTAGROUP FINANCIAL LLC.

7

8                UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 | JULIE VILLORENTE GRESHEM,        ) CASE NO. C08-02271PVT
12 |         Plaintiff,                ) ACTION FILED:    05/01/2008
13 |    v.                             ) STIPULATED DISMISSAL WITH
                                       ) PREJUDICE PURSUANT TO FED
14 | PENTAGROUP FINANCIAL, LLC., a    ) RULES CIV. PROC R. 41(A)(1)
   | Texas limited liability company,  )
15 |                                   )
   |         Defendant.                ) [PROPOSED ORDER FILED
16 |                                   ) CONCURRENTLY HEREWITH]

17

18       Plaintiff JULIE VILLORENTE GRESHEM ("Plaintiff"), and DEFENDANT,

19 PENTAGROUP FINANCIAL, LLC, ("Defendant"), by and through their counsel of

20 record hereby enter into this Stipulation of Dismissal With Prejudice with reference

21 to the following recitals:

22                              **RECITALS**

23       A.    On May 1, 2008 Plaintiff filed the instant lawsuit against Defendant.

24       B.    Plaintiff and Defendant have now entered into a settlement agreement

25 pursuant to which, among other things, the parties have agreed to dismiss this action

26 with prejudice.

27       Based on the foregoing, Plaintiff and Defendant stipulate and agree as follows:

28 ///

4814-1577-2930.1                      -1-
                   STIPULATED DISMISSAL WITH PREJUDICE

## STIPULATION

1. The operative complaint against Defendant PENTAGROUP FINANCIAL, LLC in the above-captioned action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2. Each party shall bear his or its (as the case may be) own fees and costs incurred in this adversary proceeding.

CONSUMER LAW CENTER INC.

Dated: 7-8-08

_____
Fred W. Schwinn,
Attorneys for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated: 7-9-08

_____
Stephen H. Turner
Brian Slome
Attorneys for Defendant

4814-1577-2930.1

-2-

STIPULATED DISMISSAL WITH PREJUDICE

1  STEPHEN H. TURNER, SB# 89627
      E-Mail: turner@lbbslaw.com
2  BRIAN SLOME, SB# 238134
      E-Mail: bslome@lbbslaw.com
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: (213) 250-1800
5  Facsimile: (213) 250-7900

6  Attorneys for DEFENDANT PENTAGROUP FINANCIAL LLC.

7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 JULIE VILLORENTE GRESHEM,        ) CASE NO. C08-02271PVT
12              Plaintiff,           ) ACTION FILED:        05/01/2008
13         v.                        ) [PROPOSED] ORDER DISMISSING
                                     ) ACTION WITH PREJUDICE
14 PENTAGROUP FINANCIAL, LLC., a    )
   Texas limited liability company,  )
15                                   )
                Defendant.            )
16 _____)

17

18      Based on the parties stipulation filed concurrently herewith, this Court hereby

19 orders Plaintiff JULIE VILLORENTE GRESHEM's Complaint against Defendant,

20 PENTAGROUP FINANCIAL, LLC, to be and herewith is dismissed WITH

21 prejudice in accordance with the terms of the settlement agreement between the

22 parties.

23

24 DATED: _____         BY: _____

25                                     DISTRICT COURT JUDGE

26

27

28

4811-5120-4610.1                  -1-
             [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE